ACCEPTED
01-14-00106-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/6/2015 2:27:52 PM
CHRISTOPHER PRINE
CLERK

Henry L. Maher
1028 East Ave. N.,
Onalaska, WI  54650

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/6/2015 2:27:52 PM
CHRISTOPHER A. PRINE
Clerk

February 6, 2015                    ***DELIVERED VIA E-MAIL***
                                    danced@co.comal.tx.us
                        and
Ms. Dana Dance                           ***eFileTexas***
Court Reporter
433rd District Court
150 N. Seguin, Suite 301
New Braunfels, TX  78130

In Re:  **433rd District Court Trial Cause No. C2011- 0263D**,
Appeal No. 01-14-00106-CV: In the Matter of the Marriage of: MAHER


Dear Ms. Dance,

I am writing to inquire as to whether the Hearings in the subject cause which occurred on September 19, 2013, and September 23, 2013, before Judge Stephens were reported. If so, can you please let me know the cost for both Hearings Court Reporter's Record.

The September 19, 2013 Hearing was at 9:00 AM regarding the Motion to Withdraw as Counsel by Ms. Goodbread.

The September 23, 2013 Hearing was at 1:30 PM regarding the Motion to Enter the Final Decree.

Please let me know if there is anything other information you may need. Thank you for your assistance in this matter.


Respectfully,


Henry L. Maher  /S/ Henry L. Maher

cc: Mr. Christopher A. Prine, Clerk of the Court, First Court of Appeals, Texas